448 A.2d 1151

Commonwealth v. Martin, Appellant.

Petition for Allowance of Appeal Denied Nov. 9, 1982.

Submitted June 22, 1981.   James S. Sorrentino, for appellant; Michael J. Ranck, District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and BECK, JJ.

Order affirmed.